UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

BAIRON ORELLANA, MYNOR ESCALANTE,
and NELSON LOPEZ,
*on behalf of themselves, FLSA Collective
Plaintiffs and the Class*,

                Plaintiffs,

    -against-

PIO PIO NYC, INC., SIPAN RESTAURANT
OF NEW YORK, INC., PIO PIO OCHO, INC.,
PIO PIO 34, INC., PIO PIO 85, INC., PIO PIO
EXPRESS, INC., MOCHICA GROUP CORP.,
POLLOS A LA BRASA PIO, PIO, INC., PIO-
PIO RESTAURANT, INC., PIO PIO
BROOKLYN INC., EL PILLO INC., INES
YALLICO, and AUGUSTO YALLICO,

                Defendants.

------------------------------------

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-11-16
```

Case No. 15-CV-9771

STIPULATION OF
VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, without prejudice against the Defendants, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

For Defendants:

By: _____
Peter Contini, Esq.
L'Abbate, Balkan, Colavita & Contini, LLP
1001 Franklin Avenue
Garden City, NY 11530
Tel.: (516) 294-8844
pcontini@lbcclaw.com

Date: July 8, 2016

SO ORDERED.

For Plaintiffs:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, NY 10016
Tel.: (212) 465-1188
cklee@leelitigation.com

Date: July 8, 2016

_____
Hon. P. Kevin Castel, U.S.D.J.

7-8-16